

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00412-CV

| | | |
|---|---|---|
| In re Ross Mandel and Lea Mandel | § | Original Proceeding |
| | § | From the 431st District Court |
| | § | Of Denton County (2011-0490-431) |
| | § | October 2, 2014 |
| | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered relators' petition for writ of mandamus and is of the opinion that the petition should be dismissed as moot. Accordingly, relators' petition for writ of mandamus is dismissed as moot.

It is ordered that relators pay all costs of this proceeding.

SECOND DISTRICT COURT OF APPEALS

By    /s/ Anne Gardner
      Justice Anne Gardner